1
2
3
4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    ERASIMO A. INZERILLO, et al.,              Case No.  13-cv-06010-MEJ

              Plaintiffs,
8                                               **ORDER VACATING CMC**

9         v.

10   GREEN TREE SERVICING LLC,

              Defendant.
11

12

13        This matter is currently scheduled for a Case Management Conference on April 3, 2014.

14   However, as there is a pending Motion to Dismiss and Motion to Strike, the Case Management

15   Conference and all related deadlines are VACATED.  The conference will be rescheduled after the

16   pending motions are resolved.

17        **IT IS SO ORDERED.**

18

19   Dated: March 27, 2014

20   _____

21   MARIA-ELENA JAMES
     United States Magistrate Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California