1 | MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
2 | AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
5 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439
6 |
7 | Attorneys for Defendant
GREEN TREE SERVICING LLC

8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

11

| | |
|---|---|
| ERASIMO A. INZERILLO; ANGELA INZERILLO; and FRANCESCA INZERILLO,<br><br>             Plaintiffs,<br><br>       vs.<br><br>GREEN TREE SERVICING LLC; and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 3:13-cv-06010-MEJ<br>Assigned to: The Hon. Maria-Elena James<br>Ctrm. B<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES; [~~PROPOSED~~] ORDER**<br><br>Action Filed:  December 31, 2013<br>Supp. Comp. Filed:  January 24, 2014<br>Am. Comp. Filed:  February 25, 2014<br>Sec. Am. Comp. Filed:  July 18, 2014<br>Trial Date:  April 20, 2015 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to the Civil Local Rules of the United States District Court for the Northern |
| 3 | District of California, Rules 6-2, the parties, plaintiffs ERASIMO A. INZERILLO, ANGELA |
| 4 | INZERILLO and FRANCESCA INZERILLO (collectively, "Plaintiffs"), and defendant GREEN |
| 5 | TREE SERVICING LLC ("Green Tree"), hereby stipulate that the Court's Case Management |
| 6 | Order dated April 17, 2014, a copy of which is attached hereto as "Exhibit A", be modified as |
| 7 | follows: |
| 8 | 1. All discovery, including depositions of expert witnesses, must be completed by |
| 9 | October 29, 2014. |
| 10 | 2. The deadline for disclosure of expert witnesses shall be extended to October 6, 2014. |
| 11 | 3. The deadline for disclosure of rebuttal expert witnesses shall be extended to October |
| 12 | 16, 2014. |
| 13 | There is good cause for the proposed modification of the Case Management Order.  The |
| 14 | parties have been engaged in settlement discussions following a mediation on July 31, 2014, and |
| 15 | agreed to postpone some formally discovery until after the mediation.  Additionally, the parties |
| 16 | have not yet had an opportunity to complete discovery regarding the new claims added in |
| 17 | plaintiffs' Second Amended Supplemental Complaint.  The proposed discovery extensions are |
| 18 | necessary to ensure that all parties have an opportunity to complete discovery before the |
| 19 | dispositive motion deadline. |
| 20 | There have not been any previous time modifications related to discovery in this case.  The |
| 21 | only previous time modification related to Green Tree's deadline for responding to the initial |
| 22 | pleading in this case. |
| 23 | The requested time modifications will not have any effect on the schedule for the case. |
| 24 | Rather, the proposed modifications are specifically intended and designed so as to not disrupt the |
| 25 | pretrial motion deadlines in the Case Management Order, which states that dispositive motions |
| 26 | shall be filed by October 30, 2014 and heard on December 4, 2014. |
| 27 | / / / |
| 28 | / / / |

11293.0329/3427336.2                    1                    3:13-cv-06010-MEJ
STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES; [PROPOSED] ORDER

For the foregoing reasons, and good cause appearing, the parties request that the Court modify the Case Management Order as set forth herein.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  September 12, 2014          DELTA LAW GROUP
                                    A Professional Corporation


By:  _____/s/ Jim G. Price_____
              Jim G. Price

Attorneys for Plaintiffs
ERASIMO A. INZERILLO; ANGELA INZERILLO; and FRANCESCA INZERILLO

DATED:  September 12, 2014          SEVERSON & WERSON
                                    A Professional Corporation


By:  _____/s/ Austin B. Kenney_____
              Austin B. Kenney

Attorneys for Defendant
GREEN TREE SERVICING LLC

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  September 15, 2014

_____
Hon. Maria-Elena James, Crtrm. B

I, Austin B. Kenney, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Jim G. Price has concurred in this filing.
/s/ *Austin B. Kenney*