United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERASIMO A. INZERILLO, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>GREEN TREE SERVICING, LLC, <br><br>    Defendant. | Case No.  13-cv-06010-MEJ   (EDL) <br><br>**ORDER** |

This Court is in receipt of an unopposed request from Plaintiffs to allow Plaintiff Erasimo Inzerillo to appear by telephone at the February 25, 2015 settlement conference.  Good cause appearing, Plaintiffs' request is GRANTED.

**IT IS SO ORDERED**.

Dated: February 19, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge