**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: February 25, 2015     Time: 3 Hours and 13 Minutes

Case No:  **C-** 13-06010 **MEJ (EDL)**

Case Name:  ERASIMO A. INZERILLO, et al. **v.** GREEN TREE SERVICING LLC

   Deputy Clerk: Stephen Ybarra     Court Reporter: N/A

   Attorneys:  Pltf: Jim Price
              Deft: Austin Kenney
              Deft: Mary Kate Sullivan

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE     [ ]  FURTHER SETTLEMENT CONFERENCE

   [ ]  Case settled

   [X]  Did not settle

   [ ]  Partial settlement

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE: _____

[ ]  TELEPHONIC CONFERENCE RE: _____

[X]  OTHER:  Defendant to update Magistrate Judge Laporte by confidential fax to chambers on March 9, 2015, and to respond to Plaintiffs by March 11, 2015 if possible.

cc: MEJ