1  DELTA LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  JIM G. PRICE, ESQ., SBN 119324
   6569 BRENTWOOD BOULEVARD
3  P.O. BOX 1417
   BRENTWOOD, CA 94513
4  TELEPHONE: 925-516-4686
   FACSIMILE: 925-516-4058
5  EMAIL: deltalawgroup@yahoo.com

6  Attorneys for Plaintiffs
   ERASIMO A. INZERILLO, ANGELA INZERILLO,
7  AND FRANCESCA INZERILLO

8

9
                        UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11

12

| ERASIMO A. INZERILLO, ANGELA INZERILLO, AND FRANCESCA INZERILLO, | ) ) ) | Case No. 3:13-cv-06010-MEJ (EDL) |
|---|---|---|
| Plaintiffs, | ) ) ) ) | [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |
| v. | ) ) | |
| GREEN TREE SERVICING LLC and DOES 1 through 20, inclusive, | ) ) ) | |
| Defendants. | ) ) ) | |

21  ///
22  ///
23  ///
24  ///
25  ///

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 4(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: April 23, 2015

_____ U.S. COURT MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Maria-Elena James*
(United States District Court, Northern District of California seal)

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE